UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Board of Trustees of the Teamsters Local 445
Freight Construction Division Pension Fund,

                    Plaintiff,                    24 CV 05153 (KMK)

-v-                                        CALENDAR NOTICE

Kingston Block and Masonry Supply, LLC,

                    Defendant.
----------------------------------------------------------X

KENNETH M. KARAS, District Judge:

      Please take notice that the above captioned action has been scheduled for an initial conference before the Honorable Kenneth M. Karas, United States District Judge, on Thursday, October 3, 2024 at 10:30 a.m. Counsel shall submit a proposed case management and discovery schedule via ECF by 5:00 p.m. on the evening before the conference.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number at the designated time: Meeting Dial-In Number (USA toll-free): (888) 363-4749 Access Code: 7702195 Please enter the conference as a guest by pressing the pound sign (#). Counsel involved in any pro se cases shall mail a copy of this Notice to or otherwise inform the pro se party of the above teleconference information. Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

Dated: August 22, 2024
       White Plains, New York

                                                    So Ordered

                                                    Kenneth M. Karas, U.S.D.J