Glen P. Doherty
Partner
Direct Dial: 518.433.2433
gdoherty@hodgsonruss.com

# Hodgson Russ
ATTORNEYS

September 17, 2024

**VIA ECF**

Hon. Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *Board of Trustees of the Teamsters Local 445 Freight Construction Division Pension Fund and Teamsters Local 445 Education and Training Fund v. Kingston Block and Masonry Supply, LLC*
           Case No.: 7:24-cv-05153-KMK

Dear Judge Karas:

    This Firm represents defendant Kingston Block and Masonry Supply, LLC ("Defendant") in the above-referenced action. We respectfully submit this letter, on behalf of all parties, to inform the Court that the parties are currently engaged in settlement discussions, and we are hopeful that resolution is possible. In light of the foregoing, the parties respectfully request that the October 3, 2024 Initial Conference be adjourned by 30 days.

Granted. The conference is adjourned to 11 / 7 /24, at 3:30

So Ordered
9/18/24

Respectfully submitted,

Glen P. Doherty

Cc:    All Counsel of Record (via ECF)