

**BARNES IACCARINO & SHEPHERD LLP**

ATTORNEYS AT LAW

258 Saw Mill River Road, Elmsford, NY 10523
Tel: 914.592.1515 | Fax: 914.592.3213

Riccardo Iaccarino
Wendell V. Shepherd

Abrahim M. Assaily
Matthew J. Berger*
Danielle M. Carney
Michele J. Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo
Julie Pearlman Schatz*

Roy Barnes, Retired

3 Surrey Lane
Hempstead, NY 11550
Tel: 516.483.2990
Fax: 516.483.0566

379 Sunset Blvd.
Wyckoff, NJ 07481
Tel: 914.592.1515
Fax: 914.592.3213

*Also Admitted in NJ

www.bislawfirm.com

October 25, 2024

Honorable Judge Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: <u>Board of Trustees of the Teamsters Local 445, et al. v. Kingston Block et al.</u>
Docket No.: 24-cv-05153 (KMK)
Court Conference – Thursday, November 7, 2024 at 3:30 p.m.

Dear Honorable Judge Karas:

This office represents the plaintiffs in the above matter. This letter makes reference to the court conference scheduled for Thursday, November 7, 2024 at 3:30 p.m.

This matter involves the enforcement of a Collective Bargaining Agreement, more specifically, the plaintiffs' right to perform a payroll audit of defendant's books and records. Counsel for the defendant has informed me that his client has agreed to allow an audit and will be providing the plaintiffs with documents. Please be further advised that I have a conflict with the time of the conference, more specifically, on November 7th I will be at the airport with a 3:20 pm flight.

Accordingly, the parties on consent respectfully request an adjournment of the court conference to either the morning of November 7th or any other day that is convenient with the Court. This is the Parties' second request for an adjournment.

Thank you for your assistance and courtesies.

Granted. The conference is moved to 11/ 18 /24,
at 10:00 via teleconference

So Ordered.
10/25/24

Very truly yours,

By: Dana L. Henke
Dana L. Henke

cc: Glen P. Doherty, Esq.
Counsel for the defendant